and Mary E. Housman, his wife, and the Elm Park Realty Company. No opinion. Motion denied, without costs. See, also, 120 N. Y. Supp. 439.

In re CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. January 14, 1910.) In the matter of the City of New York. No opinion. Motion denied. Order filed.

In re CITY OF NEW YORK. In re CHAMBERLAIN'S FUNDS. (Supreme Court, Appellate Division, First Department. December 30, 1909.) In the matter of the City of New York, and in the matter of Chamberlain's Funds. No opinions. Reargument ordered.

CITY OF NEW YORK, Respondent, v. NEW YORK MAIL & NEWSPAPER TRANSP. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by the City of New York against the New York Mail & Newspaper Transportation Company. A. O. Townsend, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CLARKE v. KOEPPEL et al. (Supreme Court, Appellate Division. Second Department. December 30, 1909.) Action by Audley Clarke against Adolph Koeppel and others. Bertha Glass, appellant. No opinion. Judgment affirmed, with costs. See, also, 119 App. Div. 458, 104 N. Y. Supp. 65.

WOODWARD, J., dissents.

In re CLAWSON. (Supreme Court, Appellate Division, Second Department. January 14, 1910.) In the matter of the application of Isaiah Dunn Clawson for admission to the bar. No opinion. Application granted.

In re CLEMENT, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) In the matter of the petition of Maynard N. Clement, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 7,750, issued to George Asemacopoulas. No opinion. Order affirmed, with $10 costs and disbursements.

CLOUGH, Appellant, v. GATTI–McQUADE CO., Respondent. (Supreme Court, Appellate Division, First Department. January 21, 1910.) Action by Arthur D. Clough against the Gatti-McQuade Company. A. A. Wheat, for appellant. H. H. Bowman, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CLUM, Appellant, v. FEDERAL SUGAR REFINING CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 14, 1910.) Action by Andrew Clum against the Federal Sugar Refining Company.

No opinion. Order affirmed, with $10 costs and disbursements. See, also, 120 N. Y. Supp. 975.

CLUTE, Respondent, v. MARTIN, Appellant. (Supreme Court, Appellate Division, Third Department. January 14, 1910.) Action by Jacob W. Clute against Henry T. Martin. No opinion. Order affirmed, with $10 costs and disbursements.

COAKLEY v. RICKARD. In re HOLLINS. (Supreme Court, Appellate Division. First Department. January 14, 1910.) Action by Cornelius G. Coakley against George L. Rickard. In the matter of Celine S. Hollins, as executrix. No opinions. Motions for stay granted. Settle orders on notice.

COBB, Respondent, v. UNITED ENGINEERING & CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Elliott Cobb against the United Engineering & Contracting Company. J. V. Bouvier, for appellant. B. Slade, for respondent. No opinion. Judgment and orders affirmed, with costs. Order filed. See, also, 119 N. Y. Supp. 1120.

COBB v. UNITED ENGINEERING & CONTRACTING CO. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Elliott Cobb against the United Engineering & Contracting Company. No opinion. Motion for reargument denied. Leave to go to Court of Appeals granted. Order filed.

COCHRAN et al., Respondents, v. WILSON, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Eva S. Cochran and others against Floyd B. Wilson, impleaded with others. R. M. Morgan, for appellant. J. L. Bishop, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COHEN, Respondent, v. ABRAHAM et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Emanuel Cohen, a minor, by his guardian ad litem, Esther Cohen, against Abraham Abraham and others.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, J., taking no part.

COHEN, Respondent, v. JOHN HANCOCK MUT. LIFE INS. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Estelle Rau Cohen against the John Hancock Mutual Life Insurance Company and another. No opinion. Motion denied, without costs. See, also, 119 N. Y. Supp. 850.